**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
Second Amended Plan

DEBTOR: Oscar Borroto          JOINT DEBTOR: Ibis Bulit          CASE NO.: 14-11643-AJC
Last Four Digits of SS# 3020          Last Four Digits of SS# 3118

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ 1,460.81 for months 1 to 60; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3,650 TOTAL PAID $ 1,300    Balance Due $ 2,350
                         payable $ 94.00/month (Months 1 to 25 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ocwen Loan Servicing          Arrearage on Petition Date  $4,279.94
Address: P.O. Box 6440          Arrears Payment      $ 71.33 /month (Months 1 to 60)
        Carol Stream, IL 60197          Regular Payment      $ 800.00/month (Months 1 to 60)
Account No: 0706121985

2. American Investment Service, LLP          Payoff on Petition Date  $19,356.80
Address: c/o Sheldon B. Palley, Esq.,          Payment          $ 322.62 /month (Months 1 to 60)
        1497 NW 7 Street
        Miami, FL 33125
Account No: Oscar Borroto

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due $ 826.91
                         Payable    $ 26.78/month (Months 1 to 25)
                         Payable    $ 78.71/month (Months 26 to 27)
Unsecured Creditors: Pay $ 42.07 /month  (Months 26 to 27) and Pay $ 120.78 /month  (Months 28 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Attorney for Debtor                         Attorney for Joint Debtor
Date: 4/30/2014                             Date: 4/30/2014

LF-31 (rev. 01/08/10)