UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                 PROCEEDING UNDER CHAPTER 13
                                       CASE NO.: 14-11643-BKC-AJC
OSCAR BORROTO
IBIS BULIT
             DEBTOR(S)
_____/

NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent
in Confirmed Chapter 13 Plan Payments in the amount of $  4,533.72 .

The Debtor(s) shall have forty-five (45) days from the date
of this Notice to make all payments due under the Confirmed Plan/
Modified Plan including any payments that become due within the forty-
five (45) day period, in the form of a money order or cashier's
check only.  Payments must be sent to:


P.O. Box 2099, Memphis, TN 38101-2099


If the Trustee does not receive all payments by May 4, 2015
to bring the Debtor totally current under the Confirmed Plan, or if
applicable, a Motion to Modify has not been timely filed and set within
fifteen (15) days of this Notice pursuant to the Confirmation Order,
the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall
be dismissed with prejudice to the filing any bankruptcy proceeding
for a period of 180 days from entry of the Order of Dismissal without
further notice or hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing
Notice of Delinquency was mailed to those parties on the attached
service list on February 10, 2015 .

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
POST OFFICE BOX 279806
MIRAMAR, FL  33027-9806
TELEPHONE: (954) 443-4402
Fla. Bar No. 441856


By:   /s_____
      NANCY K. NEIDICH, ESQUIRE


COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

**Debtor(s)**
OSCAR BORROTO & IBIS BULIT
602 SE 7TH PLACE
HIALEAH, FL  33010-5643

**Attorney for Debtor(s)**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012