# UNITED STATES BANKRUPTCY COURT
## MIAMI
### SOUTHERN DISTRICT OF FLORIDA DIVISION

CASE NO.: 14-11643-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

OSCAR BORROTO
IBIS BULIT

DEBTORS_____/

## REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtors, pursuant to Local Rule 3070-1(B) were to be current in all payments under the confirmed Chapter 13 Plan on or before **October 25, 2015**. The Debtors did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtors filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal pursuant to the terms of said Order.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 6th day of November, 2015.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

CC: OSCAR BORROTO
    IBIS BULIT
    ROBERT SANCHEZ, ESQUIRE